**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LIONEL TAPLIN, | ) | NO. CV 12-7166-PSG (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| P.D. BRAZELTON, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Dismissing Petition As Second Or Successive And Denying A Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed, without prejudice, as second or successive, pursuant to 28 U.S.C. § 2244(b).

DATED:   August 23, 2012

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE